[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10562

Non-Argument Calendar

_____

MARVA MELISSA MONROE EL,
In Propria Persona, Sui Juris,

Plaintiff-Appellant,

*versus*

FULTON COUNTY BOAD OF HEALTH ET, AL.,

Defendant-Appellee,

CAROL LAWRENCE, et al.,
Human Resource Director,

Defendant.

———————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02265-ELR-CMS

———————————

Before NEWSOM, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

Marva Monroe El appeals from the district court's February 8, 2024 order adopting a magistrate judge's report and recommendation ("R&R"). The district court's order was not final and appealable however, because it did not end the proceedings on the merits. *See* 28 U.S.C. § 1291; *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (stating that an appealable final order ends the litigation on the merits and leaves nothing for the court to do but execute its judgment).

Three of Monroe El's claims against the Fulton County Board of Health remain pending before the district court, and the court did not certify its February 8 order for immediate review under Federal Rule of Civil Procedure 54(b). *See Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (noting that an order that disposes of fewer than all claims against all parties to an action is not immediately appealable absent certification pursuant to Rule 54(b)). Nor is the district court's February 8 order

24-10562              Opinion of the Court                    3

effectively unreviewable on appeal from a final order resolving the case on the merits. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation may be appealed under the collateral order doctrine if it, *inter alia*, is "effectively unreviewable on appeal from a final judgment").

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.